**CASE NOS. 14-2040 and 14-2133**

IN THE

# United States Court of Appeals
**FOR THE FOURTH CIRCUIT**

**KATHLEEN HIGGINS,**
**Individually and as Personal Representative of**
**the Estate of Francis Krivicich, Deceased**
*Plaintiff-Appellant,*

v.

**FOREST LABORATORIES, INC.,**
*Defendant-Appellee.*

**UNOPPOSED MOTION TO VACATE BRIEFING SCHEDULE**

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA AT HARRISONBURG**

**Arnold Anderson Vickery**
**Fred H. Shepherd**
**THE VICKERY LAW FIRM**
**10000 Memorial Dr., Suite 750**
**Houston, TX 77024-3485**
**Telephone: 713-526-1100**
**Facsimile: 713-523-5939**
Email: andy@justiceseekers.com
Email: fred@justiceseekers.com
*Lead Counsel for Plaintiff-Appellant*

Appellant Kathleen Higgins, with the express consent of Appellee, Forest Laboratories, Inc., requests that the current briefing schedule be vacated, and would respectfully show the Court the following.

1. Appellant's opening brief is currently due on December 8, 2014. Appellant has not previously requested any extension regarding the opening brief deadline.

2. This case was part of the Lexapro/Celexa Multi-District Litigation in the Eastern District of Missouri under Docket No. 4:06-md-01736-RWS and styled *In Re Celexa and Lexapro Products Liability Litigation*. Appellee has issued a Notice of Cross-Appeal that concerns two *Daubert* rulings from the MDL Court. Unfortunately, the MDL Court did not transfer the applicable portions of the MDL record to the underlying district court. As a result, numerous record exhibits the Parties require to complete the Joint Appendix are not contained in the current record.

3. Appellant and Appellee have conferred and are amicably working together to resolve the incomplete nature of the record. However, due to the confusion surrounding this issue and a busy professional calendar, the Parties were unable to fully resolve the matter and finalize either the record on appeal or the Joint Appendix.

4.  Appellant requests that the briefing order be vacated until the record is complete, at which time a new briefing order should be issued. The Parties will continue to jointly work together to expeditiously resolve the record issues and complete briefing once new briefing deadlines are issued.

5.  As previously stated, counsel for Appellant has conferred with counsel for Appellee, and Appellee DOES NOT OPPOSE this request.

6.  For the reasons stated above, Appellant respectfully requests that the briefing order be vacated until the record is completed, at which time a new briefing order should be issued.

Respectfully submitted,

THE VICKERY LAW FIRM

*/s/ Arnold Anderson Vickery*
Arnold Anderson Vickery
Texas Bar No. 20571800
Fred H. Shepherd
Texas Bar No. 24033056
10000 Memorial Dr., Suite 750
Houston, TX  77024-3485
Telephone:  713-526-1100
Facsimile:  713-523-5939
Email: andy@justiceseekers.com
Email:  fred@justiceseekers.com
*Lead Counsel for Plaintiff-Appellant*

## Certificate of Service

I certify that on December 5, 2014, the Unopposed Motion to Vacate Briefing Schedule was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

>Joseph P. Thomas, Esq.
>Linda E. Maichl, Esq.
>ULMER & BERNE, LLP
>600 Vine St., Suite 2800
>Cincinnati, OH  45202-2409
>*Counsel for Defendant-Appellee*

<u>/s/ Arnold Anderson Vickery</u>                                          <u>December 5, 2014</u>
Arnold Anderson Vickery